RUTLEDGE & SUMMEROUR *et al.* v. GWINNETT COUNTY *et al.*

HILL, J. The County of Gwinnett brought a suit against Rutledge & Summerour and others, for the recovery of a certain sum upon a contract of guaranty. The defendants filed a plea in which they undertook to make one Brown, as administrator of Robertson, a party to the case.

The court refused to make Brown as such administrator a party, and exception pendente lite was taken to such ruling. The case then proceeded to verdict, upon which judgment was entered. A bill of exceptions, complaining of the ruling to which pendente-lite exceptions were filed, but containing no exception to the final judgment rendered in the case, was sued out. Under such circumstances, the bill of exceptions must be dismissed. *Lyndon* v. *Georgia Railway & Electric Co.*, 129 *Ga.* 353 (58 S. E. 1047); *Durrence* v. *Waters*, 140 *Ga.* 762 (79 S. E. 841). *Writ of error dismissed. All the Justices concur, except Fish, C. J., absent.*

APRIL 22, 1915.

Action; from Gwinnett superior court. Motion to dismiss.

*O. A. Nix,* for plaintiffs in error.

*N. L. Hutchins* and *I. L. Oakes,* contra.